UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

  v.                                                                Case No. 08-MC-08

CODY SCHAAL,

        Defendant.

## ORDER

On March 5, 2008, this court issued an order to show cause directing Cody Schaal to appear before this Court on April 9, 2008 at 9:30 a.m. and explain why he has not complied with a summons of the Internal Revenue Service which was served on him on December 12, 2007, and why he should not be ordered to comply. In response to the court's order, the defendant has filed a motion to abate alleged court order to show cause. In his motion Mr. Schaal questions the authenticity of the order and the authority of the court over him. He notes that it is not a seal and discusses the requirements for a summons.

Mr. Schaal's motion will be denied. The order was entered by the court and is authentic. If Mr. Schaal believes that the court lacks jurisdiction, he should appear and explain his position. Failure to appear will result in the issuance of a warrant for his arrest. Accordingly, the motion to abate order to show cause is denied.

SO ORDERED, this 8th day of April, 2008.

                                                   s/ William C. Griesbach
                                                 WILLIAM C. GRIESBACH
                                                 United States District Judge