# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            Case No. 08-MC-8

CODY ERIC SCHAAL,

    Defendant.

## ORDER TO COMPLY WITH IRS SUMMONS

This matter came before the Court on June 12, 2008, for a hearing on an Order to Show Cause why respondent Cody Eric Schaal should not be ordered to comply with a Summons issued by Internal Revenue Officer Michael J. Majewski on December 28, 2007. The Court has jurisdiction 28 U.S.C. § 7402(b). The Court has considered the arguments of Respondent and his Motion to Dismiss for lack of jurisdiction. Having rejected such arguments and denied the Motion to Dismiss, the Court hereby enters the following Order:

Respondent Cody Eric Schaal is directed to appear before Revenue Agent Michael Majewski at his office at 440 Security Blvd., Green Bay, Wisconsin on July 15, 2008 at 9:30 a.m. to give testimony and to bring for examination the following information related to the collection of his tax liability for the periods 2004, 2005, 2006, and 2007. As to the years 2004, 2005 and 2006, such documents include, but are not limited to:

> Forms W-2 (Wage and Tax Statement), Forms 1099 for interest and dividend income, employee earnings statements, and records of deposit with banks or other financial institutions. Also include all other books, records, documents and receipts

for income from, but not limited to the following sources: wages, salaries, tips, fees, commissions, interest, rents, royalties, alimony, state or local tax refunded, annuities, life insurance policies, endowment contracts, pensions, estates, trusts, discharge of indebtedness, distributive shares of partnership income, business income, gains from dealings in property, and any other compensation for services (including receipt of property other than money). Include all documents and records about any income you assigned to any other Person or entity.

As to the year 2007, such documents include, but are not limited to:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, savings account passbooks, records or certificates of deposit.

Failure to comply with this order will subject Respondent to penalties for contempt, including fine and imprisonment, until such time as Respondent complies.

**SO ORDERED** this __12th__ day of June, 2008.

        s/ William C. Griesbach
        William C. Griesbach
        United States District Judge